```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
LEONARD RILEY,                        :
                                      :
                Plaintiff,            :     06 Civ. 7762 (JSR)
                                      :
          -v-                         :     ORDER
                                      :
MICHAEL J. ASTRUE, Commissioner of    :
Social Security,                      :
                                      :
                Defendant.            :
------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7·7·08

JED S. RAKOFF, U.S.D.J.

On May 2, 2008, the Honorable Douglas F. Eaton, United States Magistrate Judge, issued a Report and Recommendation ("Report") in the above-captioned case recommending that the decision of the Commissioner of the Social Security Administration ("Commissioner") be affirmed and the Complaint be dismissed.

Neither party has filed any objection to any part of Judge Eaton's Report and, for that reason alone, the parties have waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002). Accordingly, the Court hereby adopts the Report and Recommendation in full, affirming the Commissioner's decision and dismissing the Complaint. Clerk to enter judgment.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         July 3, 2008